| | |
|---|---|
| IN THE UNITED STATES DISTRICT COURT<br>FOR THE SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------------------X<br>JASON GOODMAN, | 23-cv-09648-JGLC-GWG<br><br>**NOTICE OF APPEAL** |

Plaintiff,

-against-

THE CITY OF NEW YORK, NYC POLICE DEPARTMENT, NYPD LT. GEORGE EBRAHIM, NYPD OFFICER CHANDLER CASTRO, NYPD OFFICER JENNIFER CARUSO, NYPD OFFICER KELVIN GARCIA, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JANE DOE, ELON MUSK, X CORP, ADAM SHARP

Defendants.
------------------------------------------------------------------------X

NOTICE IS HEREBY GIVEN that Plaintiff Jason Goodman, proceeding pro se, appeals to the United States Court of Appeals for the Second Circuit from the Order entered in this action on January 24, 2025 (ECF No. 142), denying Plaintiff's motion for reconsideration, and the Judgment entered on August 29, 2024 (ECF No. 134), dismissing Plaintiff's claims.

Dated: February 23, 2025<br>
Respectfully submitted,<br><br>
Jason Goodman<br>
Pro Se Plaintiff<br>
truth@crowdsourcethetruth.org<br>
252 7th Avenue, Apt 6s, New York, NY 10001<br>
347-380-6998

NOTICE OF APPEAL                                                                                                              1

IN THE UNITED STATES DISTRICT COURT        23-cv-09648-JGLC-GWG
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                JASON GOODMAN,       **CERTIFICATE OF SERVICE**

                    Plaintiff,

-against-

THE CITY OF NEW YORK, NYC POLICE DEPARTMENT, NYPD LT. GEORGE EBRAHIM, NYPD OFFICER CHANDLER CASTRO, NYPD OFFICER JENNIFER CARUSO, NYPD OFFICER KELVIN GARCIA, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JANE DOE, ELON MUSK, X CORP, ADAM SHARP

                    Defendants.
------------------------------------------------------------------------X

It is hereby certified that pro se plaintiff, Jason Goodman, served counsel for Defendants with a copy of the letter to Magistrate Judge Gabriel Gorenstein via USPS to the addresses below:

Mary Jane Anderson

Corporation Counsel of the City of New York

100 Church Street

New York, New York 10007

Kenneth Trujillo-Jamison

Peter Shimamoto

Willenken LLP

707 Wilshire Blvd., Suite 3850

Los Angeles, CA 90017

John T. Mills

Brian Middlebrook

GORDON REES SCULLY MANSUKHANI, LLP

1 Battery Park Plaza, 28th Fl

New York NY 10004.

NOTICE OF APPEAL       1

Dated: February 23, 2025
Respectfully submitted,

Jason Goodman
Pro Se Plaintiff
truth@crowdsourcethetruth.org
252 7th Avenue, Apt 6s, New York, NY 10001
347-380-6998

CLOSED,APPEAL,CASREF,ECF,PRO–SE

# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:23–cv–09648–JGLC–GWG

| | |
|---|---|
| Goodman v. The City of New York et al | Date Filed: 10/31/2023 |
| Assigned to: Judge Jessica G. L. Clarke | Date Terminated: 08/30/2024 |
| Referred to: Magistrate Judge Gabriel W. Gorenstein | Jury Demand: Plaintiff |
| Cause: 42:1983 Civil Rights Act | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Jason Goodman**      represented by **Jason Goodman**
252 7th Avenue
Apt. 6S
New York, NY 10001
PRO SE

V.

**Defendant**

**The City of New York**      represented by **Mamoon Saleemi**
New York City Law Department
100 Church Street
New York Ciyu, NY 10007
212–356–2384
Email: msaleemi@law.nyc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elissa Beth Jacobs**
New York City Law Department
100 Church Street
Rm. 2–303B
New York, NY 10007
(212) 341–9892
Fax: (212) 788–9776
Email: ejacobs@law.nyc.gov
*ATTORNEY TO BE NOTICED*

**Mary Anderson**
New York City Law Department
100 Church Street
New York, NY 10007
212–356–2415
Email: maanders@law.nyc.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**New York City Police Department**

**Defendant**

**George Ebrahim**      represented by **Mamoon Saleemi**
*New York City Police Department*      (See above for address)
*Lieutenant*      *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary Anderson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Chandler Castro**  
*New York City Police Department Officer*

represented by **Mamoon Saleemi**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Mary Anderson**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jennifer Caruso**  
*NEW YORK CITY POLICE DEPARTMENT OFFICER*

represented by **Mamoon Saleemi**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Mary Anderson**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kelvin Garcia**

represented by **Mamoon Saleemi**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Mary Anderson**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Doe 1**  
*fictitious names intended to be officers, representatives, agents, servants of the New York City Police Department, individually and in their official capacities*

**Defendant**

**John Doe 2**  
*fictitious names intended to be officers, representatives, agents, servants of the New York City Police Department, individually and in their official capacities*

**Defendant**

**John Doe 3**  
*fictitious names intended to be officers, representatives, agents, servants of the New York City Police Department, individually and in their official capacities*

**Defendant**

**John Doe 4**  
*fictitious names intended to be officers, representatives, agents, servants of the New York City Police Department, individually and in their official*

*capacities*

**Defendant**

| | | |
|---|---|---|
| **Elon Musk** | represented by | **Kenneth Michael Trujillo–Jamison** <br> Willenken LLP <br> 707 Wilshire Blvd, Suite 3850 <br> Los Angeles, CA 90017 <br> 213–955–8031 <br> Fax: 213–955–9250 <br> Email: ktrujillo–jamison@willenken.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Peter Michael Shimamoto** <br> Willenken LLP <br> 707 Wilshire Blvd. <br> Ste 3850 <br> Los Angeles, CA 90017 <br> 213–955–9240 <br> Fax: 213–955–9250 <br> Email: pshimamoto@willenken.com <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **X Corp.** | represented by | **Kenneth Michael Trujillo–Jamison** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Peter Michael Shimamoto** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Adam Sharp** | represented by | **John Tyler Mills** <br> Gordon Rees Scully Mansukhani LLP <br> 1 Battery Plaza, 28th Floor <br> New York, NY 10004 <br> 212–269–5500 <br> Email: jtmills@grsm.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Brian Edward Middlebrook** <br> Gordon Rees Scully Mansukhani LLP <br> 1 Battery Plaza, 28th Floor <br> New York, NY 10004 <br> 212–269–5500 <br> Fax: 212–269–5505 <br> Email: bmiddlebrook@grsm.com <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/31/2023 | 1 | COMPLAINT against Jennifer Caruso, Chandler Castro, George Ebrahim, Kelvin Garcia, John Doe 1, John Doe 2, John Doe 3, John Doe 4, Elon Musk, New York City Police Department, Adam Sharp, The City of New York. Document filed by Jason Goodman..(rdz) (Entered: 11/02/2023) |
| 10/31/2023 | | Case Designated ECF. (rdz) (Entered: 11/02/2023) |

| | | |
|---|---|---|
| 11/02/2023 | | Pro Se Payment of Fee Processed: $402.00 Debit Card Payment processed by the Finance Department on 11/02/2023, Receipt Number 22831. (ehn) (Entered: 11/02/2023) |
| 11/04/2023 | 2 | ***STRICKEN DOCUMENT. Document number [ # 2] has been stricken from the case record. The document was stricken from this case pursuant to [# 9 ] Order .** CERTIFICATE OF SERVICE of Pre−Filing Order Issued Against Jason Goodman on 2/22/22; served on Jason Goodman; and counsel for X CORP. on 11/4/23. Service was accepted by electronic mail to truth@crowdsourcethetruth.org and pshimamoto@willenken.com and ktrujillo−jamison@willenken.conm. (sc) Modified on 11/27/2023 (ama). (Entered: 11/06/2023) |
| 11/06/2023 | | NOTICE OF CASE REASSIGNMENT to Judge Jessica G. L. Clarke. Judge Unassigned is no longer assigned to the case. (vba) (Entered: 11/06/2023) |
| 11/06/2023 | | Magistrate Judge Gabriel W. Gorenstein is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (vba) (Entered: 11/06/2023) |
| 11/07/2023 | 3 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non−dispositive pretrial motions, and settlement). Referred to Magistrate Judge Gabriel W. Gorenstein. (Signed by Judge Jessica G. L. Clarke on 11/7/2023) (tg) (Entered: 11/07/2023) |
| 11/07/2023 | | SUMMONS ISSUED as to Jennifer Caruso, Chandler Castro, George Ebrahim, Kelvin Garcia, Elon Musk, New York City Police Department, Adam Sharp, The City of New York, X Corp...(rdz) (Entered: 11/13/2023) |
| 11/08/2023 | | MAILING RECEIPT: Document No: 3. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (sha) (Entered: 11/08/2023) |
| 11/08/2023 | 6 | MEMORANDUM OF LAW IN SUPPORT OF MOTION TO STRIKE & ENJOIN NON−PARTY FILINGS, re: 5 MOTION to Strike. Document filed by Jason Goodman. (sc) (Entered: 11/09/2023) |
| 11/09/2023 | 5 | NOTICE OF MOTION TO STRIKE & ENJOIN NON−PARTY FILINGS. Document filed by Jason Goodman. (Attachments: # 1 Cert. of Service)(sc) (Entered: 11/09/2023) |
| 11/13/2023 | | SUMMONS REISSUED as to Jennifer Caruso, Chandler Castro, George Ebrahim, Kelvin Garcia..(rdz) (Entered: 11/13/2023) |
| 11/16/2023 | 7 | LETTER addressed to Judge Jessica G. L. Clarke from D.G. Sweigert, dated 11/17/23 re: LETTER MOTION SEEKING LEAVE TO FILE FRCP RULE 24(b) MOTION TO INTERVENE AS A DEFENDANT. (sc) (Entered: 11/17/2023) |
| 11/22/2023 | 8 | MEMO ENDORSEMENT on re: 7 Letter. ENDORSEMENT: Application DENIED. Case law holds that a reputational interest in a litigation as is suggested in this letter is insufficient to justify intervention. See, e.g., A.S. v. City Sch. Dist. of Albany, 2021 WL 4198411, at *6 (N.D.N.Y. Aug. 11, 2021). The other interests claimed are also insufficient to justify either permissive intervention or intervention as of right under Fed. R. Civ. P. 24. SO ORDERED. (Signed by Judge Jessica G. L. Clarke on 11/21/2023) (tg) (Entered: 11/22/2023) |
| 11/27/2023 | 9 | MEMO ENDORSEMENT on NOTICE OF MOTION TO STRIKE AND ENJOIN NON−PARTY FILINGS: granting 5 Motion to Strike document 5 MOTION to Strike filed by Jason Goodman from the record. ENDORSEMENT: The document filed as # 2 was not filed by a party and therefore the Clerk is directed to strike it. There is no need for any further order on this point because the Clerk's Office is to accept only filings by parties (or a motion to intervene, which has already been filed and denied). SO ORDERED. (Signed by Magistrate Judge Gabriel W. Gorenstein on 11/27/2023) (ama) (Entered: 11/27/2023) |
| 11/28/2023 | | MAILING RECEIPT: Document No: 8−9. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (sha) (Entered: 11/28/2023) |

| | | |
|---|---|---|
| 11/30/2023 | 10 | NOTICE OF APPEARANCE by John Tyler Mills on behalf of Adam Sharp..(Mills, John) (Entered: 11/30/2023) |
| 11/30/2023 | 11 | FIRST LETTER MOTION for Extension of Time to File Answer *or Response to Complaint* addressed to Magistrate Judge Gabriel W. Gorenstein from John Mills dated 11/30/2023. Document filed by Adam Sharp..(Mills, John) (Entered: 11/30/2023) |
| 12/01/2023 | 12 | ORDER: granting 11 Letter Motion for Extension of Time to Answer re 11 FIRST LETTER MOTION for Extension of Time to File Answer or Response to Complaint. addressed to Magistrate Judge Gabriel W. Gorenstein from John Mills dated 11/30/2023. Good cause having been shown for the extension under Fed. R. Civ. P. 6(b)(1), the plaintiff's objection is overruled. An extension to January 2, 2024, is granted. SO ORDERED. Adam Sharp answer due 1/2/2024. (Signed by Magistrate Judge Gabriel W. Gorenstein on 12/01/2023) (ama) (Entered: 12/01/2023) |
| 12/01/2023 | 13 | NOTICE OF APPEARANCE by Brian Edward Middlebrook on behalf of Adam Sharp..(Middlebrook, Brian) (Entered: 12/01/2023) |
| 12/01/2023 | 14 | LETTER addressed to Magistrate Judge Gabriel W. Gorenstein from Jason Goodman, dated 12/1/23 re: I respectfully oppose defendant Adam Sharp's request for an extension of time because I believe it is a planned attempt at delay and because it relied on a deceptively edited email which intentionally altered the meaning to cast me in a negative light before the Court (Exhibit A) Document filed by Jason Goodman.(sc) (Entered: 12/04/2023) |
| 12/04/2023 | | SUMMONS REISSUED as to George Ebrahim, New York City Police Department Lieutenant. (vn) (Entered: 12/04/2023) |
| 12/04/2023 | 15 | NOTICE OF APPEARANCE by Peter Michael Shimamoto on behalf of X Corp...(Shimamoto, Peter) (Entered: 12/04/2023) |
| 12/04/2023 | 16 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent X Holdings Corp. for X Corp.. Document filed by X Corp...(Shimamoto, Peter) (Entered: 12/04/2023) |
| 12/04/2023 | 17 | MOTION for KENNETH MICHAEL TRUJILLO–JAMISON to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28649413. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by X Corp.. (Attachments: # 1 Affidavit of Kenneth M. Trujillo–Jamison In Support of Motion to Admit Counsel Pro Hac Vice with Certificate of Good Standing, # 2 Proposed Order Granting Pro Hac Vice Admission).(Trujillo–Jamison, Kenneth) (Entered: 12/04/2023) |
| 12/04/2023 | 18 | MOTION to Dismiss *the Complaint For Failure to State a Claim*. Document filed by X Corp.. Responses due by 12/18/2023.(Trujillo–Jamison, Kenneth) (Entered: 12/04/2023) |
| 12/04/2023 | 19 | MEMORANDUM OF LAW in Support re: 18 MOTION to Dismiss *the Complaint For Failure to State a Claim.* . Document filed by X Corp.. (Attachments: # 1 Proposed Order Granting Defendant X Corp.'s Motion to Dismiss).(Trujillo–Jamison, Kenneth) (Entered: 12/04/2023) |
| 12/04/2023 | 20 | CERTIFICATE OF SERVICE of Dkt. 15 Appearance of Counsel, Dkt. 16 Rule 7.1 Corporate Disclosure Statement, Dkt. 17 Notice of Motion to Admit Counsel Pro Hac Vice, Affidavit of Kenneth M. Trujillo–Jamison In Support of Motion to Admit Counsel Pro Hac Vice, [Proposed] Order Granting Pro Hac Vice Admission, Dkt. 18 Notice of Motion to Dismiss the Complaint for Failure to State A Claim, Dkt. 19 Memorandum of Law In Support of Defendant X Corp.'s Motion to Dismiss the Complaint For Failure to State A Claim, [Proposed] Order Granting Motion to Dismiss the Complaint For Failure to State A Claim served on Jason Goodman on 12/4/2023. Service was made by Mail. Document filed by X Corp...(Trujillo–Jamison, Kenneth) (Entered: 12/04/2023) |
| 12/04/2023 | 21 | REQUEST FOR JUDICIAL NOTICE. Document filed by Jason Goodman. (sc) (Entered: 12/05/2023) |

| Date | Doc# | Description |
|---|---|---|
| 12/05/2023 | | MAILING RECEIPT: Document No: 12. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (sha) (Entered: 12/05/2023) |
| 12/05/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 17 MOTION for KENNETH MICHAEL TRUJILLO–JAMISON to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28649413. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 12/05/2023) |
| 12/06/2023 | 22 | ORDER GRANTING PRO HAC VICE ADMISSION: granting 17 Motion for KENNETH MICHAEL TRUJILLO–JAMISON to Appear Pro Hac Vice. (Signed by Magistrate Judge Gabriel W. Gorenstein on 12/06/2023) (ama) (Entered: 12/06/2023) |
| 12/06/2023 | 23 | AMENDED ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non–dispositive pretrial motions, and settlement) and Dispositive Motion (i.e., motion requiring a Report and Recommendation). All such motions. Referred to Magistrate Judge Gabriel W. Gorenstein. SO ORDERED. Motions referred to Gabriel W. Gorenstein. (Signed by Judge Jessica G. L. Clarke on 12/6/2023) (jca) (Entered: 12/06/2023) |
| 12/08/2023 | | MAILING RECEIPT: Document No: 22–23. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (sha) (Entered: 12/08/2023) |
| 12/10/2023 | 24 | AFFIDAVIT OF SERVICE of Summons and Complaint. Adam Sharp served on 11/10/2023, answer due 1/2/24 Service was accepted by Cynthia Sharp, Spouse. Document filed by Jason Goodman. (sc) (Entered: 12/11/2023) |
| 12/10/2023 | 25 | AFFIDAVIT OF SERVICE of Summons and Complaint. Jennifer Caruso served on 11/28/2023, answer due 12/19/2023. Service was accepted by P.O. Logan, #17510. Document filed by Jason Goodman. (sc) (Entered: 12/11/2023) |
| 12/10/2023 | 26 | AFFIDAVIT OF SERVICE of Summons and Complaint. Chandler Castro served on 11/28/2023, answer due 12/19/2023. Service was accepted by Officer Chandler Castro. Document filed by Chandler Castro. (sc) (Entered: 12/11/2023) |
| 12/10/2023 | 27 | AFFIDAVIT OF SERVICE of Summons and Complaint. New York City Police Department served on 11/9/2023, answer due 11/30/2023. Service was accepted by Sarah Jean–Charles, Docketing clerk. Document filed by Jason Goodman. (sc) (Entered: 12/11/2023) |
| 12/10/2023 | 28 | AFFIDAVIT OF SERVICE of Summons and Complaint. The City of New York served on 11/9/2023, answer due 11/30/2023. Service was accepted by Sarah Jean–Charles, Docketing clerk. Document filed by Jason Goodman. (sc) (Entered: 12/11/2023) |
| 12/10/2023 | 29 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED. Summons and Complaint served. X Corp. served on 11/13/2023, answer due 12/4/2023. Service was accepted by Ana Gomes, Admin. Assistant. Document filed by Jason Goodman. (sc) (Entered: 12/11/2023) |
| 12/10/2023 | 30 | AFFIDAVIT OF SERVICE of Summons and Complaint. Kelvin Garcia served on 11/28/2023, answer due 12/19/2023. Service was accepted by P.O. Logan, #17510. Document filed by Jason Goodman. (sc) (Entered: 12/11/2023) |
| 12/12/2023 | | SUMMONS REISSUED as to Elon Musk..(rdz) (Entered: 12/14/2023) |
| 12/14/2023 | 31 | PROPOSED STIPULATION AND ORDER. Document filed by X Corp...(Trujillo–Jamison, Kenneth) (Entered: 12/14/2023) |
| 12/14/2023 | 32 | CERTIFICATE OF SERVICE of Dkt. 31 Stipulation and Proposed Order Regarding Briefing Schedule on Defendant X Corp.'s Motion to Dismiss the Complaint for Failure to State a Claim served on Jason Goodman on 12/14/2023. Service was made by Mail. Document filed by X Corp...(Trujillo–Jamison, Kenneth) (Entered: 12/14/2023) |
| 12/14/2023 | 33 | STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT X CORP.'S MOTION TO DISMISS THE COMPLAINT FOR FAILURE TO STATE A CLAIM: WHEREAS, the parties have since conferred, agree |

| | | |
|---|---|---|
| | | upon, and stipulate to the following briefing schedule for the Motion: Plaintiff's opposition brief to the Motion shall be filed on or before January 8, 2024 X Corp.'s reply in support of the Motion shall be filed on or before January 29, 2024. IT IS SO ORDERED., ( Responses due by 1/8/2024, Replies due by 1/29/2024.) (Signed by Magistrate Judge Gabriel W. Gorenstein on 12/14/2023) (ama) (Entered: 12/14/2023) |
| 12/19/2023 | | MAILING RECEIPT: Document No: 33. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (sha) (Entered: 12/19/2023) |
| 12/28/2023 | | AMENDED SUMMONS ISSUED as to Elon Musk..(rdz) (Entered: 12/28/2023) |
| 01/02/2024 | 34 | MOTION to Dismiss *for Failure to State a Claim*. Document filed by Adam Sharp. Responses due by 2/1/2024.(Mills, John) (Entered: 01/02/2024) |
| 01/02/2024 | 35 | MEMORANDUM OF LAW in Support re: 34 MOTION to Dismiss *for Failure to State a Claim*. . Document filed by Adam Sharp..(Mills, John) (Entered: 01/02/2024) |
| 01/02/2024 | 36 | CERTIFICATE OF SERVICE of Motion to Dismiss, Memorandum of Law in Support and Unpublished Cases Pursuant to LCR 12.1 served on Jason Goodman on 01/02/2024. Service was made by Email and ECF. Document filed by Adam Sharp..(Mills, John) (Entered: 01/02/2024) |
| 01/04/2024 | 37 | AFFIDAVIT OF SERVICE EXECUTED. Summons and Complaint served. George Ebrahim served on 12/11/2023, answer due 1/2/2024. Service was accepted by Bono Georgia, Legal Clerk. Document filed by Jason Goodman. (sc) Modified on 1/4/2024 (sc). (Entered: 01/04/2024) |
| 01/04/2024 | 38 | PROPOSED STIPULATION AND ORDER. Document filed by Adam Sharp..(Mills, John) (Entered: 01/04/2024) |
| 01/05/2024 | 39 | STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT ADAM SHARP'S MOTION TO DISMISS THE COMPLAINT AND MOTION FOR SANCTIONS: WHEREAS, the Parties have conferred, and agree upon and stipulate to the following briefing schedule for the Motion: Plaintiff's opposition brief to the Motion shall be field on or before February 1, 2024; and Defendant's reply in support of the Motion shall be filed on or before February 15 2024. WHEREAS, in accordance with Section 2.B of the Individual Practices of Magistrate Judge Gabriel W. Gorenstein dated June 7, 2021, the Parties respectfully request that the Court enter an order setting a briefing schedule for the Motion consistent with the terms of this Stipulation. IT IS SO ORDERED. (Signed by Magistrate Judge Gabriel W. Gorenstein on 1/05/2024) (ama) (Entered: 01/05/2024) |
| 01/05/2024 | | Set/Reset Deadlines: Responses due by 2/1/2024 Replies due by 2/15/2024. (ama) (Entered: 01/05/2024) |
| 01/08/2024 | | MAILING RECEIPT: Document No: 39. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (mt) (Entered: 01/08/2024) |
| 01/08/2024 | 40 | RESPONSE IN OPPOSITION TO DEFENDANT X CORP.'S MOTION TO DISMISS, re: 18 MOTION to Dismiss *the Complaint For Failure to State a Claim*. Document filed by Jason Goodman. (Attachments: # 1 Cert. of Service)(sc) (Entered: 01/09/2024) |
| 01/19/2024 | 41 | NOTICE OF APPEARANCE by Mary Anderson on behalf of The City of New York..(Anderson, Mary) (Entered: 01/19/2024) |
| 01/19/2024 | 42 | LETTER MOTION for Extension of Time addressed to Magistrate Judge Gabriel W. Gorenstein from The City of New York dated January 19, 2024. Document filed by The City of New York..(Anderson, Mary) (Entered: 01/19/2024) |
| 01/22/2024 | 43 | ORDER denying 42 Letter Motion for Extension of Time. Application denied for failure to comply with paragraph 1.E(4) of the Court's Individual Practices. So Ordered. (Signed by Magistrate Judge Gabriel W. Gorenstein on 1/22/2024) (ks) (Entered: 01/22/2024) |
| 01/23/2024 | | MAILING RECEIPT: Document No: 43. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (mt) (Entered: 01/23/2024) |

| | | |
|---|---|---|
| 01/23/2024 | 44 | AFFIDAVIT OF ATTEMPTED SERVICE. Attempted Service of Summons and Complaint). Service was attempted on 12/20/23. Document filed by Jason Goodman. (sc) Modified on 1/24/2024 (rdz). (Entered: 01/23/2024) |
| 01/23/2024 | 45 | CERTIFICATE OF SERVICE of Affidavit of Service, served on Counsel for City of New York, X Corp., and Adam Sharp on 1/23/24. Service was made by via email to maanders@law.ny.gov, ktrujillo−jamison@willenken.com, jtmills@grswm.com, pshimamoto@willenken.com., BMiddlebrook@grsm.com Document filed by Kelvin Garcia. (sc) (Entered: 01/23/2024) |
| 01/26/2024 | 46 | LETTER addressed to Magistrate Judge Gabriel W. Gorenstein from J. Goodman, dated 1/26/24 re: To eliminate confusion regarding execution of service, if it should please the Court and be deemed necessary, I request permission to serve Mr. Musk by alternate means pursuant to FRCP Rule 4(f)(3) which provides for service by othe means etc. Document filed by Jason Goodman.(sc) (Additional attachment(s) added on 1/29/2024: # 1 Errata Cert. of Service) (sc). (Entered: 01/29/2024) |
| 01/29/2024 | 47 | REPLY MEMORANDUM OF LAW in Support re: 18 MOTION to Dismiss *the Complaint For Failure to State a Claim.* . Document filed by X Corp...(Trujillo−Jamison, Kenneth) (Entered: 01/29/2024) |
| 01/29/2024 | 48 | CERTIFICATE OF SERVICE of Dkt. 47 Defendant X Corp.'s Reply In Support of Its Motion to Dismiss the Complaint For Failure to State a Claim served on Jason Goodman on 1/29/2024. Service was made by Mail. Document filed by X Corp...(Trujillo−Jamison, Kenneth) (Entered: 01/29/2024) |
| 02/01/2024 | 49 | RESPONSE IN OPPOSITION TO ADAM SHARP'S MOTION TO DISMISS, re: 34 MOTION to Dismiss *for Failure to State a Claim.* Document filed by Jason Goodman. (sc) (Entered: 02/05/2024) |
| 02/05/2024 | 50 | SECOND LETTER MOTION for Extension of Time to File Answer addressed to Magistrate Judge Gabriel W. Gorenstein from The City of New York dated February 5, 2024. Document filed by The City of New York..(Anderson, Mary) (Entered: 02/05/2024) |
| 02/05/2024 | 51 | ORDER: granting 50 Letter Motion for Extension of Time to Answer re 50 SECOND LETTER MOTION for Extension of Time to File Answer. addressed to Magistrate Judge Gabriel W. Gorenstein from The City of New York dated February 5, 2024. Extension to March 4, 2024, Granted. SO ORDERED. The City of New York answer due 3/4/2024. (Signed by Magistrate Judge Gabriel W. Gorenstein on 2/05/2024) (ama) (Entered: 02/05/2024) |
| 02/07/2024 | | MAILING RECEIPT: Document No: 51. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (mt) (Entered: 02/07/2024) |
| 02/15/2024 | 52 | REPLY MEMORANDUM OF LAW in Support re: 34 MOTION to Dismiss *for Failure to State a Claim.* . Document filed by Adam Sharp..(Mills, John) (Entered: 02/15/2024) |
| 02/15/2024 | 53 | CERTIFICATE OF SERVICE of Reply Memorandum in Further Support of Motion to Dismiss served on Jason Goodman on 02/15/2024. Service was made by Mail and Email. Document filed by Adam Sharp..(Mills, John) (Entered: 02/15/2024) |
| 02/18/2024 | 54 | LETTER addressed to Judge Jessica G. L. Clarke from D.G. Sweigert, dated 12/19/23 re: LETTER MOTION REQUESTING COURT RECONSIDERATION OF ECF NO. 8. MEMO ENDORSEMENT DENYING FRCP RULE 24(b) MOTION TO INTERVENE. (sc) (Additional attachment(s) added on 2/20/2024: # 1 Errata Cert. of Service) (sc). (Entered: 02/20/2024) |
| 02/18/2024 | 55 | LETTER addressed to Judge Jessica G. L. Clarke from D.G. Sweigert, dated 12/19/23 re: LETTER MOTION REQUESTING COURT RECONSIDERATION OF ECF #8, MEMO−ENDORSEMENT DENYING FRCP RULE 24(b) MOTION TO INTERVENE. (sc) (Entered: 02/20/2024) |
| 02/22/2024 | 56 | NOTICE of Supplemental Authority Concerning Defendant Adam Sharp's Motion to Dismiss re: 34 MOTION to Dismiss *for Failure to State a Claim..* Document filed by Adam Sharp..(Mills, John) (Entered: 02/22/2024) |

| | | |
|---|---|---|
| 02/22/2024 | 57 | CERTIFICATE OF SERVICE of Notice of Supplemental Authority served on Jason Goodman on 02/22/2024. Service was accepted by Jason Goodman. Service was made by Mail and Email. Document filed by Adam Sharp..(Mills, John) (Entered: 02/22/2024) |
| 02/26/2024 | 58 | LETTER addressed to Judge Jessica G. L. Clarke from D.G. Sweigert, dated 2/24/24 re: SUPPLEMENTAL LETTER MOTION REQUESTING COURT RECONSIDERATION OF ECF #8, MEMO ENDORSEMENT DENYING FRCP RULE 24(b) MOTION TO INTERVENE. (sc) (Entered: 02/26/2024) |
| 02/28/2024 | 59 | NOTICE MOTION FOR CONTEMPT (OF COURT). Document filed by Jason Goodman.(sc) (Additional attachment(s) added on 2/29/2024: # 1 Errata Cert. of Service) (sc). (Entered: 02/29/2024) |
| 02/28/2024 | 60 | LETTER addressed to Judge Jessica G. L. Clarke from J. Goodman, dated 2/28/24 re: I write in response to recent concurrent filings by defendant Adam Sharp and non−party David G. Sweigert which only serve to further prove allegations which I have been making since 2020 etc. Both Sharp and Sweigert should be compelled to appear at an in person show cause hearing and participate in oral arguments etc. Document filed by Jason Goodman.(sc) (Entered: 02/29/2024) |
| 02/28/2024 | 61 | MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR CONTEMPT/ORAL ARGUMENT REQUESTED, re: 59 MOTION FOR CONTEMPT (OF COURT). Document filed by Jason Goodman. (sc) (Entered: 02/29/2024) |
| 02/29/2024 | 62 | LETTER MOTION for Extension of Time addressed to Magistrate Judge Gabriel W. Gorenstein from The City of New York dated February 29, 2024. Document filed by The City of New York..(Anderson, Mary) (Entered: 02/29/2024) |
| 03/01/2024 | 63 | ORDER: granting 62 Letter Motion for Extension of Time. Extension to March 11, 2024, granted. SO ORDERED. (Signed by Magistrate Judge Gabriel W. Gorenstein on 3/01/2024) (ama) (Entered: 03/01/2024) |
| 03/01/2024 | 64 | ORDER denying 59 Motion re: 59 MOTION FOR CONTEMPT (OF COURT). The Court DENIES Swiegert's request for reconsideration. "It is well−settled that [a motion for reconsideration] is not a vehicle for relitigating old issues, presenting the case under new theories, securing a rehearing on the merits, or otherwise taking a second bite at the apple. Rather, the standard for granting a... motion for reconsideration is strict, and reconsideration will generally be denied unless the moving party can point to controlling decisions or data that the court overlooked." Analytical Surveys, Inc. v. Tonga Partners, L.P., 684 F.3d 36, 52 (2d Cir. 2012) (cleaned up). Although Swiegert provides "newly discovered evidence," the evidence in support of his request does nothing more than demonstrate a reputational interest in this litigation. And as previously noted, case law holds that a reputational interest in a litigation is insufficient to justify intervention. See, e.g., A.S. v. City Sch. Dist. of Albany, 2021 WL 4198411, at *6 (N.D.N.Y. Aug. 11, 2021). The Court also DENIES Goodmans motion for contempt and no response is necessary. "To demonstrate contempt, a movant must establish that (1) the order the contemnor failed to comply with is clear and unambiguous, (2) the proof of noncompliance is clear and convincing, and (3) the contemnor has not diligently attempted to comply in a reasonable manner." Next Invs., LLC v. Bank of China, 12 F.4th 119, 128 (2d Cir. 2021) (quoting Gucci Am., Inc. v. Weixing Li, 768 F.3d 122, 142 (2d Cir. 2014)). Goodman argues that Swiegert has refused to follow the Court's order that Swiegert not file in this case. See ECF No. 60 at 2−3. However, filing a motion for reconsideration of the Court's previous order denying Swiegert's motion to intervene is not a violation of the Court's order. The Clerk of Court is directed to terminate ECF No. 59. SO ORDERED. (Signed by Judge Jessica G. L. Clarke on 3/1/2024) (tg) (Entered: 03/01/2024) |
| 03/04/2024 | | MAILING RECEIPT: Document No: 63, 64. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (rdz) Modified on 3/4/2024 (rdz). (Entered: 03/04/2024) |
| 03/07/2024 | 65 | LETTER MOTION for Extension of Time to File Answer addressed to Magistrate Judge Gabriel W. Gorenstein from Defendants City of New York and Castro dated May 7, 2024. Document filed by Chandler Castro, The City of New York..(Anderson, Mary) (Entered: 03/07/2024) |

| | | |
|---|---|---|
| 03/07/2024 | 66 | NOTICE OF MOTION TO STRIKE FALSE INFORMATION, re: to Strike Document No. 65 . Document filed by Jason Goodman.(sc) Modified on 3/11/2024 (nb). (Entered: 03/08/2024) |
| 03/07/2024 | 70 | MEMORANDUM OF LAW IN SUPPORT OF MOTION TO STRIKE FALSE INFORMATION, re: 66 MOTION to Strike Document No. 65 . Document filed by Jason Goodman. (sc) (Entered: 03/11/2024) |
| 03/07/2024 | 73 | CERTIFICATE OF SERVICE of Motion to Strike served on maanders@law.nyc.gov; ktrujillo−jamison@willenken.com; pshimamoto@willenken.com; jtmills@grsm.com; BMiddlebrook@grsm.com on 3/7/2024. Service was made by Email. Document filed by Jason Goodman..(nb) (Entered: 03/12/2024) |
| 03/08/2024 | 67 | ORDER granting 65 Letter Motion for Extension of Time to Answer re 65 LETTER MOTION for Extension of Time to File Answer addressed to Magistrate Judge Gabriel W. Gorenstein from Defendants City of New York and Castro dated May 7, 2024., 1 Complaint. Extension to March 18, 2024, granted. So Ordered. Jennifer Caruso answer due 3/18/2024; Chandler Castro answer due 3/18/2024; George Ebrahim answer due 3/18/2024; Kelvin Garcia answer due 3/18/2024; John Doe 1 answer due 3/18/2024; John Doe 2 answer due 3/18/2024; John Doe 3 answer due 3/18/2024; John Doe 4 answer due 3/18/2024; Elon Musk answer due 3/18/2024; New York City Police Department answer due 3/18/2024; Adam Sharp answer due 3/18/2024; The City of New York answer due 3/18/2024; X Corp. answer due 3/18/2024. (Signed by Magistrate Judge Gabriel W. Gorenstein on 3/8/2024) (tg) (Entered: 03/08/2024) |
| 03/11/2024 | | MAILING RECEIPT: Document No: 67. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (rdz) (Entered: 03/11/2024) |
| 03/11/2024 | 68 | NOTICE OF MOTION FOR CONTEMPT. Document filed by Jason Goodman. (Attachments: # 1 Exhibit 1, # 2 cert. service)(sc) Modified on 3/11/2024 (nb). (Entered: 03/11/2024) |
| 03/11/2024 | 69 | MEMORANDUM OF LAW in Support re: 68 MOTION FOR CONTEMPT (OF COURT). Document filed by Jason Goodman. (sc) Modified on 3/11/2024 (nb). (Main Document 69 replaced on 3/11/2024) (nb). (Entered: 03/11/2024) |
| 03/11/2024 | 71 | CERTIFICATE OF SERVICE of Motion for Contempt served on D.G. Sweigert on 3/11/24. Service was made by USPS Mail. Document filed by Jason Goodman. (sc) Modified on 3/11/2024 (nb). (Entered: 03/11/2024) |
| 03/11/2024 | 72 | ORDER denying 66 Motion to Strike filed by Jason Goodman. Denied. The plaintiff's position has been made clear. There is no need to strike anything from the record. (HEREBY ORDERED by Magistrate Judge Gabriel W. Gorenstein)(Text Only Order) (GWG) (Entered: 03/11/2024) |
| 03/12/2024 | | MAILING RECEIPT: Document No: 72. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (sha) (Entered: 03/12/2024) |
| 03/12/2024 | 74 | ORDER denying 68 Motion re: 68 MOTION FOR CONTEMPT (OF COURT). Motion DENIED. Plaintiff's filings fail show the elements of contempt as to either of the individuals named. See ECF No. 64. Most obviously, there has been no showing that any court order has been violated. A court order denying a motion to intervene does not require conduct by any person, nor does it prohibit a party from filing a motion for reconsideration. The Clerk of Court is directed to terminate ECF No. 68. SO ORDERED. (Signed by Judge Jessica G. L. Clarke on 3/12/2024) (ks) (Entered: 03/12/2024) |
| 03/12/2024 | 76 | LETTER addressed to Judge Jessica G. L. Clarke from J. Goodman, dated 3/12/24 re: I write to request reconsideration or, in the alternate, clarification of the memorandum endorsement issued on 3/12/24. It appears the Court may have made an oversight which would have been caused by a clear error that occurred in the Pro Se Office upon my filing the second motion seeking contempt. Document filed by Jason Goodman.(sc) Modified on 3/14/2024 (sc). (Additional attachment(s) added on 3/14/2024: # 1 Errata Cert. of Service) (sc). (Entered: 03/14/2024) |
| 03/13/2024 | | MAILING RECEIPT: Document No: 74. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (kwi) (Entered: 03/13/2024) |

| | | |
|---|---|---|
| 03/13/2024 | 75 | ORDER: Plaintiff is reminded that he must not file any motion unless he has sought and obtained permission from the Court to do so as provided in paragraph 2.A of the Court's Individual Practices. In the future, any motion filed without Court permission may be summarily denied. SO ORDERED. (Signed by Magistrate Judge Gabriel W. Gorenstein on 3/13/2024) (ama) (Entered: 03/13/2024) |
| 03/14/2024 | | MAILING RECEIPT: Document No: 75. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (nb) (Entered: 03/14/2024) |
| 03/18/2024 | 77 | MEMO ENDORSEMENT on re: 76 Letter,, filed by Jason Goodman. ENDORSEMENT: The motion to reconsider the Court's ruling is GRANTED. On reconsideration, the Court again DENIES the motion for contempt. Plaintiff's filings fail to show the elements of contempt as to either of the individuals named. See ECF No. 64. In brief, the conduct Plaintiff describes does not show that any court order has been violated. SO ORDERED. (Signed by Judge Jessica G. L. Clarke on 3/18/2024) (tg) (Entered: 03/18/2024) |
| 03/18/2024 | 78 | LETTER MOTION for Conference addressed to Magistrate Judge Gabriel W. Gorenstein from Defendants City, Castro, Ebrahim, Garcia, and Caruso dated March 18, 2024. Document filed by Jennifer Caruso, Chandler Castro, George Ebrahim, Kelvin Garcia..(Anderson, Mary) (Entered: 03/18/2024) |
| 03/19/2024 | | MAILING RECEIPT: Document No: 77. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (nb) (Entered: 03/19/2024) |
| 03/21/2024 | 79 | ORDER granting 78 Letter Motion for Conference re: 78 LETTER MOTION for Conference addressed to Magistrate Judge Gabriel W. Gorenstein from Defendants City, Castro, Ebrahim, Garcia, and Caruso dated March 18, 2024. Application granted. The motion to dismiss shall be filed on or before March 26, 2024. The briefing schedule shall be in accordance with paragraph 2.B of the Court's Individual Practices. So Ordered. (Signed by Magistrate Judge Gabriel W. Gorenstein on 3/21/2024) (ks) (Entered: 03/21/2024) |
| 03/21/2024 | | Set/Reset Deadlines: Motions due by 3/26/2024. (ks) (Entered: 03/21/2024) |
| 03/22/2024 | | MAILING RECEIPT: Document No: 79. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (sha) (Entered: 03/22/2024) |
| 03/22/2024 | 80 | PROPOSED CLERK'S CERTIFICATE OF DEFAULT as to ELON MUSK. Document filed by Jason Goodman. (sac) **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** (Entered: 03/22/2024) |
| 03/22/2024 | 81 | DECLARATION of Jason Goodman in Support re: 80 Proposed Clerk's Certificate of Default. Document filed by Jason Goodman. (sac) (Entered: 03/22/2024) |
| 03/22/2024 | 82 | CERTIFICATE OF SERVICE re 80 Proposed Clerk's Certificate of Default, 81 Declaration in support, served counsel for Defendants the City of New York, X Corp and Adam Sharp to the addresses below: maanders@law.nyc.gov, ktrujillo−jamison@willenken.com, pshimamoto@willenken.com, jtmills@grsm.com, BMiddlebrook@grsm.com. Document filed by Jason Goodman. (sac) (Entered: 03/22/2024) |
| 03/22/2024 | 83 | CLERK'S CERTIFICATE OF DEFAULT as to ELON MUSK. (tp) (Entered: 03/22/2024) |
| 03/25/2024 | 84 | ORDER TO SHOW CAUSE: Accordingly, plaintiff is hereby ORDERED TO SHOW CAUSE why the claims as to Musk should not be dismissed pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim. Such showing shall be made by means of a memorandum of law compliant with Local Civil Rule 7.1(a)(2) filed on or before April 8, 2024. If X Corp. has views on this matter that may be helpful to the Court, it may address them in a response filed by April 22, 2024. Plaintiff may file any reply by April 29, 2024. Finally, plaintiff shall not file any letter seeking permission to make a motion for a default judgment against Elon Musk (or any such motion itself) until this Order to Show Cause is resolved. As further set forth in the Order. ( Replies due by 4/22/2024., Responses due by 4/29/2024) Show Cause Response due by 4/8/2024. (Signed by Magistrate Judge Gabriel W. Gorenstein on 3/25/2024) (cf) (Entered: 03/25/2024) |

| 03/26/2024 | | MAILING RECEIPT: Document No: 84. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (vn) (Entered: 03/26/2024) |
|---|---|---|
| 03/26/2024 | 85 | MOTION to Dismiss . Document filed by Jennifer Caruso, Chandler Castro, George Ebrahim, Kelvin Garcia, The City of New York..(Anderson, Mary) (Entered: 03/26/2024) |
| 03/26/2024 | 86 | DECLARATION of Mary Jane Anderson in Support re: 85 MOTION to Dismiss .. Document filed by Jennifer Caruso, Chandler Castro, George Ebrahim, Kelvin Garcia, The City of New York..(Anderson, Mary) (Entered: 03/26/2024) |
| 03/26/2024 | 87 | MEMORANDUM OF LAW in Support re: 85 MOTION to Dismiss . . Document filed by Jennifer Caruso, Chandler Castro, George Ebrahim, Kelvin Garcia, The City of New York..(Anderson, Mary) (Entered: 03/26/2024) |
| 03/26/2024 | 88 | NOTICE of Local Rule 12 re: 85 MOTION to Dismiss .. Document filed by Jennifer Caruso, Chandler Castro, George Ebrahim, Kelvin Garcia, The City of New York..(Anderson, Mary) (Entered: 03/26/2024) |
| 04/08/2024 | 89 | RESPONSE TO ORDER TO SHOW CAUSE re: 84 Order to Show Cause. Document filed by Jason Goodman..(rro) (Entered: 04/10/2024) |
| 04/08/2024 | 90 | CERTIFICATE OF SERVICE of response to show cause served on City of New York, X Corp and Adam Sharp. Document filed by Jason Goodman. (rro) (Entered: 04/10/2024) |
| 04/17/2024 | 91 | ORDER: In light of plaintiff's pro se status, the Court will sua sponte extend the deadline for plaintiff to file his opposition to the Citys motion to dismiss. Any opposition must be filed on or before April 24, 2024. The City may file any reply on or before May 1, 2024. As further set forth in the Order. SO ORDERED. ( Replies due by 5/1/2024., Responses due by 4/24/2024) (Signed by Magistrate Judge Gabriel W. Gorenstein on 4/17/2024) (cf) (Entered: 04/17/2024) |
| 04/18/2024 | | MAILING RECEIPT: Document No: 91. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (rdz) (Entered: 04/18/2024) |
| 04/22/2024 | 92 | RESPONSE TO ORDER TO SHOW CAUSE re: 84 Order to Show Cause, Set Deadlines,,,,,,. Document filed by X Corp...(Trujillo−Jamison, Kenneth) (Entered: 04/22/2024) |
| 04/22/2024 | 93 | CERTIFICATE OF SERVICE of Dkt. 92 Response to Order to Show Cause served on Jason Goodman on 4/22/2024. Service was made by Mail. Document filed by X Corp...(Trujillo−Jamison, Kenneth) (Entered: 04/22/2024) |
| 04/22/2024 | 94 | NOTICE OF APPEARANCE by Peter Michael Shimamoto on behalf of Elon Musk..(Shimamoto, Peter) (Entered: 04/22/2024) |
| 04/22/2024 | 95 | NOTICE OF APPEARANCE by Kenneth Michael Trujillo−Jamison on behalf of Elon Musk..(Trujillo−Jamison, Kenneth) (Entered: 04/22/2024) |
| 04/22/2024 | 96 | LETTER addressed to Magistrate Judge Gabriel W. Gorenstein from Kenneth M. Trujillo−Jamison dated 4/22/2024 re: Clerk's Certificate of Default as to Elon Musk. Document filed by Elon Musk..(Trujillo−Jamison, Kenneth) (Entered: 04/22/2024) |
| 04/22/2024 | 97 | CERTIFICATE OF SERVICE of Dkts. 94, 95 Appearances of Counsel; Dkt. 96 Letter to Magistrate Judge Gabriel W. Gorenstein served on Jason Goodman on 4/22/2024. Service was made by Mail. Document filed by Elon Musk..(Trujillo−Jamison, Kenneth) (Entered: 04/22/2024) |
| 04/22/2024 | 98 | LETTER addressed to Magistrate Judge Gabriel W. Gorenstein from Jason Goodman dated 4/22/2024 re: I write to respectfully request an extension of time to respond to defendants' motion to dismiss. Document filed by Jason Goodman. (kgo) Modified on 4/24/2024 (sac). (Entered: 04/23/2024) |
| 04/24/2024 | 99 | MEMO ENDORSEMENT on re: 98 Letter, filed by Jason Goodman. ENDORSEMENT: The basis for the request for an extension is largely that an attorney for the City (not the plaintiff) requires "sufficient time" to address some other matter. This is not a proper basis for seeking an extension. Notwithstanding the absence of good cause (the standard under Fed. R. Civ. P. 6(b)(1)) and plaintiff's failure to |

| | | |
|---|---|---|
| | | indicate exactly the time period he is seeking, the Court will grant plaintiff one additional week to respond to the City's motion to dismiss. Any opposition must be filed on or before May 1, 2024. The City may file any reply on or before May 8, 2024. If plaintiff fails to meet the May 1, 2024 deadline, the motion will be deemed unopposed. ( Replies due by 5/8/2024., Responses due by 5/1/2024) (Signed by Magistrate Judge Gabriel W. Gorenstein on 4/24/2024) (ate) (Entered: 04/24/2024) |
| 04/25/2024 | | MAILING RECEIPT: Document No: 99. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (sha) (Entered: 04/25/2024) |
| 04/28/2024 | 100 | LETTER addressed to Magistrate Judge Gabriel W. Gorenstein from Jason Goodman dated 4/28/2024 re: I write to clarify some substantial confusion that may have been introduced by my previous letter. Document filed by Jason Goodman..(kgo) Modified on 4/30/2024 (vn). Modified on 4/30/2024 (rdz). (Entered: 04/30/2024) |
| 04/30/2024 | 101 | REPLY TO DEFENDANTS' RESPONSE TO SHOW CAUSE ORDER. Document filed by Jason Goodman..(kgo) (Entered: 04/30/2024) |
| 05/01/2024 | 102 | MEMO ENDORSEMENT on re: 100 Letter, filed by Jason Goodman. ENDORSEMENT: Application denied. The Court cannot delay the disposition of the motion to dismiss merely on the chance that defendants will amend or withdraw it at some point in the future in response to plaintiff's motion under Rule 11 or in response to a Court order. Plaintiff's entitlement to Rule 11 relief is not affected by being required to respond to a motion to dismiss. If defendants in the future amend their motion, plaintiff will be given an opportunity to respond to the amended motion. But plaintiff must respond to the pending motion now. In light of the delay in the docketing of plaintiff's letter, plaintiff may have until May 2, 2024, to file his opposition to the City's motion. Any reply is due May 9, 2024. So Ordered. (Replies due by 5/9/2024., Responses due by 5/2/2024) (Signed by Magistrate Judge Gabriel W. Gorenstein on 5/1/2024) (cf) (Entered: 05/01/2024) |
| 05/02/2024 | | MAILING RECEIPT: Document No: 102. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (sha) (Entered: 05/02/2024) |
| 05/02/2024 | 103 | CERTIFICATE OF SERVICE of opposition to the motion served on Defendants the City of New York, X Corp and Adam Sharp on 5/2/2024. Service was made by Email. Document filed by Jason Goodman..(rro) (Entered: 05/03/2024) |
| 05/02/2024 | 104 | AFFIDAVIT OF JASON GOODMAN re: 85 MOTION to Dismiss .. Document filed by Jason Goodman..(rro) (Entered: 05/03/2024) |
| 05/02/2024 | 105 | RESPONSE IN OPPOSITION TO MOTION TO DISMISS re: 85 MOTION to Dismiss . Document filed by Jason Goodman. (rro) (Entered: 05/03/2024) |
| 05/09/2024 | 106 | NOTICE OF APPEARANCE by Elissa Beth Jacobs on behalf of The City of New York..(Jacobs, Elissa) (Entered: 05/09/2024) |
| 05/09/2024 | 107 | REPLY to Response to Motion re: 85 MOTION to Dismiss . . Document filed by Jennifer Caruso, Chandler Castro, George Ebrahim, Kelvin Garcia, The City of New York..(Jacobs, Elissa) (Entered: 05/09/2024) |
| 05/10/2024 | 108 | ORDER: In light of the City's representation, the Court has no basis for finding that the video supplied to the Court as "Exhibit A" differs from the video supplied by plaintiff to the City. But if plaintiff still contests this point, plaintiff may supply his own copy to the Court as explained in the footnote. If, however, plaintiff no longer wishes to contest the authenticity of "Exhibit A," he need take no action and the Court will accept that "Exhibit A" is a copy of the video as supplied by plaintiff to the City. (As further set forth in this Order.) SO ORDERED. (Signed by Magistrate Judge Gabriel W. Gorenstein on 5/10/2024) (cf) (Entered: 05/10/2024) |
| 05/13/2024 | | MAILING RECEIPT: Document No: 108. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (sha) (Entered: 05/13/2024) |
| 05/13/2024 | 109 | LETTER addressed to Magistrate Judge Gabriel W. Gorenstein from Jason Goodman dated 5/13/2024 re: I write in response to your order (Dkt. 108) and to seek clarification.. Document filed by Jason Goodman..(rro) (Entered: 05/14/2024) |

| | | |
|---|---|---|
| 05/15/2024 | 110 | MEMO ENDORSEMENT on re: 109 Letter filed by Jason Goodman. ENDORSEMENT: The Court cannot accept filings on a thumb drive. In any event, the CD−ROM provided to the Court as "Exhibit A" contained a video file that was 1.657 GB. The length is 39:12. Thus, based on the statements made in this letter, the video file on the CD−ROM is plainly the same file that was provided by the plaintiff to the City. The Court's Order of May 10, 2024, is no longer necessary. That being said, the Court will issue a sealed order that contains a link that would allow plaintiff to upload the file to the Court's file transfer service if plaintiff wishes to do so. If plaintiff wishes to upload the video file, he may do so on or before May 17, 2024. If he does not do so, the Court will accept that "Exhibit A" is authentic. The City is directed to email plaintiff a copy of this Order and of the Sealed Order. So Ordered. (Signed by Magistrate Judge Gabriel W. Gorenstein on 5/15/2024) (cf) (Entered: 05/15/2024) |
| 05/15/2024 | 111 | ***SELECTED PARTIES*** SEALED ORDER: The Clerk of Court is directed to file this Order under seal such that it shall be made viewable only to court users and the parties to the case and further set forth in this Order. (Signed by Magistrate Judge Gabriel W. Gorenstein on 5/15/2024) (rro) (Entered: 05/15/2024) |
| 05/16/2024 | | MAILING RECEIPT: Document No: 110. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (nb) (Entered: 05/16/2024) |
| 05/17/2024 | 112 | LETTER addressed to Magistrate Judge Gabriel W. Gorenstein from Jason Goodman dated 5/17/2024 re: I write to correct a clear error in the memo endorsement (Dkt. 110) and in regard to your order (Dkt. 111). Document filed by Jason Goodman..(rro) (Entered: 05/21/2024) |
| 05/22/2024 | 113 | ORDER: With regard to plaintiff's letter of May 17, 2024 (Docket # 112), the Court assumed the disk was a CD−ROM but accepts plaintiff's statement that it is some other type of disk. As for the video referenced in paragraphs 31 and 32 of the complaint, plaintiff is free to upload the video referenced to the link provided in Docket # 111 (Order dated May 15, 2024). Any upload must be done on or before May 24, 2024. The City is directed to email plaintiff a copy of this Order. (Signed by Magistrate Judge Gabriel W. Gorenstein on 5/22/2024) (cf) (Entered: 05/22/2024) |
| 05/23/2024 | | MAILING RECEIPT: Document No: 113. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (nb) (Entered: 05/23/2024) |
| 06/21/2024 | 114 | ORDER TO SHOW CAUSE: Accordingly, plaintiff is hereby ORDERED TO SHOW CAUSE why the claims as to the Doe Defendants should not be dismissed pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim on the ground that the complaint does not show that the Doe Defendants acted under color of law. The plaintiff's response shall be made by means of a letter or memorandum of law filed on or before June 28, 2024. It is requested that counsel for defendants email a copy of this Order to plaintiff. As further set forth in the Order. Show Cause Response due by 6/28/2024. (Signed by Magistrate Judge Gabriel W. Gorenstein on 6/21/2024) (cf) (Entered: 06/21/2024) |
| 06/24/2024 | | MAILING RECEIPT: Document No: 114. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (rdz) (Entered: 06/24/2024) |
| 06/24/2024 | 115 | ***STRICKEN DOCUMENT. Document number 115 has been stricken from the case record. The document was stricken from this case pursuant to 117 Order .** LETTER addressed to Magistrate Judge Gabriel W. Gorenstein from D. G. Sweigert dated 6/23/2024 re: Pro Se Proposed Amicus. (tg) Modified on 7/2/2024 (rro). (Entered: 06/26/2024) |
| 06/27/2024 | 116 | NOTICE OF APPEARANCE by Mamoon Saleemi on behalf of Jennifer Caruso, Chandler Castro, George Ebrahim, Kelvin Garcia, The City of New York..(Saleemi, Mamoon) (Entered: 06/27/2024) |
| 07/02/2024 | 117 | ORDER: The Court exercises its discretion not to accept any filings from any amicus curiae in this case, either now or in the future. Accordingly, the Clerk is directed to strike Docket # 115 from the record. SO ORDERED. (Signed by Magistrate Judge Gabriel W. Gorenstein on 7/2/2024) (rro) (Entered: 07/02/2024) |
| 07/03/2024 | | MAILING RECEIPT: Document No: 117. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (laq) (Entered: 07/03/2024) |

| | | |
|---|---|---|
| 07/04/2024 | 118 | LETTER MOTION addressed to Magistrate Judge Gabriel W. Gorenstein from Jason Goodman dated 7/4/2024: I write in response to Your Honors order to show cause and to apologize for this late response. With this letter, pursuant to Your Honors Individual Practices Rule 1 E, I respectfully request an extension of time to file, and simultaneously seek leave of that Rule after the time to file has passed. Document filed by Jason Goodman.(laq) (Entered: 07/09/2024) |
| 07/09/2024 | 119 | ORDER granting 118 Letter Motion for Extension of Time. The Court will accept this letter as a timely response to the Order to Show Cause dated June 21, 2024 (Docket # 114). If plaintiff is seeking to make any additional arguments in response to the Order Show Cause, he may do so by letter filed on or before July 16, 2024. There will be no extension of this deadline. It is requested that counsel for defendants email a copy of this Order to plaintiff. (Signed by Magistrate Judge Gabriel W. Gorenstein on 7/9/2024) (cf) (Entered: 07/09/2024) |
| 07/10/2024 | | MAILING RECEIPT: Document No: 119. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (tro) (Entered: 07/10/2024) |
| 07/16/2024 | 120 | AFFIDAVIT of Jason Goodman. Document filed by Jason Goodman..(rdz) (Entered: 07/19/2024) |
| 07/16/2024 | 121 | CERTIFICATE OF SERVICE. Document filed by Jason Goodman..(rdz) (Entered: 07/19/2024) |
| 07/16/2024 | 122 | LETTER addressed to Magistrate Judge Gabriel W. Gorenstein from Jason Goodman dated 7/16/24 re: I write in response to your memorandum endorsement of July 9, 2024, (Dkt. 119) and to provide the attached affidavit as a supplement to my previous response (Dkt. 118).. Document filed by Jason Goodman..(rdz) (Entered: 07/19/2024) |
| 07/25/2024 | 123 | REPORT & RECOMMENDATION re: 85 MOTION to Dismiss . filed by The City of New York, Kelvin Garcia, George Ebrahim, Chandler Castro, Jennifer Caruso, 18 MOTION to Dismiss *the Complaint For Failure to State a Claim*. filed by X Corp., 34 MOTION to Dismiss *for Failure to State a Claim*. filed by Adam Sharp. For the foregoing reasons, the motions of X Corp., Sharp, and the City defendants (Docket ## 18, 34, 85) should be granted. Additionally, Goodman's claims against defendant Musk should be dismissed sua sponte for failure to state a claim. All these claims should be dismissed with prejudice. Finally, any federal claims against the Doe defendants should be dismissed. The district court should decline to exercise jurisdiction over any purported state law claims against the Doe defendants pursuant to 28 U.S.C. § 1367(c)(3). As our recommendation disposes of the claims against all defendants, a final judgment of dismissal should be entered. Objections to R&R due by 8/8/2024 (Signed by Magistrate Judge Gabriel W. Gorenstein on 7/25/2024) (sgz) (Entered: 07/25/2024) |
| 07/26/2024 | | MAILING RECEIPT: Document No: 123. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (nb) (Entered: 07/26/2024) |
| 08/09/2024 | 124 | CERTIFICATE OF SERVICE of Objection to the report and recommendation served on Defendants on 8/8/2024. Document filed by Jason Goodman..(tro) (Entered: 08/09/2024) |
| 08/09/2024 | 125 | OBJECTION to 123 Report and Recommendations Document filed by Jason Goodman..(tro) (Entered: 08/09/2024) |
| 08/22/2024 | 126 | ***STRICKEN DOCUMENT. Document number 126 has been stricken from the case record. The document was stricken from this case pursuant to 133 Order Striking document from record. OBJECTION to 123 Report and Recommendations Document filed by X Corp...(Trujillo−Jamison, Kenneth) Modified on 8/23/2024 (sgz). (Entered: 08/22/2024)** |
| 08/22/2024 | 127 | CERTIFICATE OF SERVICE of Defendant X Corp.s Response to Plaintiffs Objections to Report and Recommendation served on Jason Goodman on 8/22/24. Service was made by Mail. Document filed by X Corp...(Trujillo−Jamison, Kenneth) (Entered: 08/22/2024) |
| 08/22/2024 | 128 | RESPONSE re: 125 Objection to Report and Recommendations . Document filed by Jennifer Caruso, Chandler Castro, George Ebrahim, Kelvin Garcia, The City of New York..(Saleemi, Mamoon) (Entered: 08/22/2024) |

| | | |
|---|---|---|
| 08/22/2024 | 129 | RESPONSE re: 125 Objection to Report and Recommendations ., OBJECTION to 123 Report and Recommendations Document filed by X Corp...(Trujillo–Jamison, Kenneth) (Entered: 08/22/2024) |
| 08/22/2024 | 130 | MOTION to Strike Document No. 126 . Document filed by X Corp...(Trujillo–Jamison, Kenneth) (Entered: 08/22/2024) |
| 08/22/2024 | 131 | CERTIFICATE OF SERVICE of Defendant X Corp.s Response to Plaintiffs Objections to Report and Recommendation Dkt No.129 & Defendant X Corp.'s Motion to Strike ECF No. 126 served on Jason Goodman on 8/22/24. Service was made by Mail. Document filed by X Corp...(Trujillo–Jamison, Kenneth) (Entered: 08/22/2024) |
| 08/22/2024 | 132 | RESPONSE re: 125 Objection to Report and Recommendations . Document filed by Adam Sharp. (Attachments: # 1 Appendix Certificate of Service).(Mills, John) (Entered: 08/22/2024) |
| 08/23/2024 | 133 | ORDER granting 130 Motion to Strike document 126 Objection to Report and Recommendations filed by X Corp. from the record. Application granted. So Ordered. (Signed by Magistrate Judge Gabriel W. Gorenstein on 8/23/2024) (sgz) (Entered: 08/23/2024) |
| 08/26/2024 | | MAILING RECEIPT: Document No: 133. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (vba) (Entered: 08/26/2024) |
| 08/29/2024 | 134 | ORDER ADOPTING REPORT AND RECOMMENDATION for 123 Report and Recommendations re: 85 Motion to Dismiss filed by The City of New York, Kelvin Garcia, George Ebrahim, Chandler Castro, Jennifer Caruso, 18 Motion to Dismiss filed by X Corp., 34 Motion to Dismiss filed by Adam Sharp. Accordingly, the Report and Recommendation is ADOPTED in its entirety. The Clerk of Court is directed to terminate ECF Nos. 18, 34, and 85 and to close the case. The Clerk of Court is further directed to mail a copy of this Order to Plaintiff. SO ORDERED. (Signed by Judge Jessica G. L. Clarke on 8/29/2024) (vfr) Transmission to Orders and Judgments Clerk for processing. (Entered: 08/29/2024) |
| 08/30/2024 | 135 | CLERK'S JUDGMENT re: 134 Order Adopting Report and Recommendations 123 Report and Recommendations in favor of New York City Police Department, The City of New York, X Corp., Adam Sharp, Chandler Castro, Elon Musk, George Ebrahim, Jennifer Caruso, Kelvin Garcia against Jason Goodman. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Order dated August 29, 2024, the Report and Recommendation is ADOPTED in its entirety; accordingly, the case is closed. (Signed by Clerk of Court – Acting Daniel Ortiz on 8/30/2024) (Attachments: # 1 Appeal Package) (km) (Entered: 08/30/2024) |
| 08/30/2024 | | MAILING RECEIPT: Document No: 134. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (vba) (Entered: 08/30/2024) |
| 09/03/2024 | | MAILING RECEIPT: Document No: 135. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (nb) (Entered: 09/03/2024) |
| 09/27/2024 | 136 | MOTION FOR RECONSIDERATION AND RELIEF FROM JUDGMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 59(e) AND 60(b). Document filed by Jason Goodman.(jjc) (Entered: 09/27/2024) |
| 09/27/2024 | 137 | CERTIFICATE OF SERVICE of Motion for Reconsideration and Relief from Judgment served on City of New York, X Corp, Adam Sharp on 9/27/2024. Service was accepted by Kenneth Michael Trujillo–Jamison, Peter Michael Shimamoto, John Tyler Mills, Brian Edward Middlebrook, Mary Anderson. Service was made by EMAIL. Document filed by Jason Goodman. (jjc) (Entered: 09/27/2024) |
| 10/11/2024 | 138 | MEMORANDUM OF LAW in Opposition re: 136 MOTION for Reconsideration. . Document filed by Adam Sharp..(Mills, John) (Entered: 10/11/2024) |
| 10/11/2024 | 139 | CERTIFICATE OF SERVICE of Opposition to Motion for Reconsideration served on Jason Goodman on 10/11/2024. Service was made by Email and ECF. Document filed by Adam Sharp..(Mills, John) (Entered: 10/11/2024) |

| | | |
|---|---|---|
| 10/11/2024 | 140 | MEMORANDUM OF LAW in Opposition re: 136 MOTION for Reconsideration. . Document filed by X Corp...(Trujillo−Jamison, Kenneth) (Entered: 10/11/2024) |
| 10/11/2024 | 141 | CERTIFICATE OF SERVICE of Dkt. 140 Defendant X Corp.'s Opposition to Plaintiff's Motion for Reconsideration and Relief From Judgment served on Jason Goodman on 10/11/2024. Service was made by Mail. Document filed by X Corp...(Trujillo−Jamison, Kenneth) (Entered: 10/11/2024) |
| 01/24/2025 | 142 | OPINION AND ORDER re: 136 MOTION for Reconsideration. filed by Jason Goodman. Based on the foregoing, Plaintiff's motion is DENIED, and this case remains CLOSED. The Clerk of Court is directed to terminate ECF No. 136, and to serve a copy of this Order on Plaintiff. SO ORDERED. (Signed by Judge Jessica G. L. Clarke on 1/24/2025) (tg) (Entered: 01/24/2025) |
| 01/27/2025 | | MAILING RECEIPT: Document No: 142. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (Entered: 01/27/2025) |
| 02/23/2025 | 143 | NOTICE OF APPEAL from 134 Order Adopting Report and Recommendations 142 Memorandum & Opinion 135 Clerk's Judgment. Document filed by Jason Goodman. Form D−P is due within 14 days to the Court of Appeals, Second Circuit.(km) (Entered: 02/24/2025) |
| 02/24/2025 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 143 Notice of Appeal.(km) (Entered: 02/24/2025) |
| 02/24/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 143 Notice of Appeal filed by Jason Goodman were transmitted to the U.S. Court of Appeals.(km) (Entered: 02/24/2025) |