**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JASON GOODMAN,

                Plaintiff,                  23 **CIVIL** 9648 (JGLC)(GWG)

    -against-

                                                   **JUDGMENT**

THE CITY OF NEW YORK, et al.,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 29, 2024, the Report and Recommendation is ADOPTED in its entirety; accordingly, the case is closed.

**Dated:** New York, New York
          August 30, 2024

                                                  **DANIEL ORTIZ**
                                                  **Acting Clerk of Court**

                        **BY:**       *K. mango*

                                                    **Deputy Clerk**