# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: __Goodman v. City of New York et al.__    Docket No.: __25-428__

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: __Lauren L. O'Brien__

Firm: __New York City Law Department__

Address: __100 Church Street__

Telephone: __212-356-0852__    Fax: ____

E-mail: __lobrien@law.nyc.gov__

Appearance for: __City of New York, George Ebrahim, Chandler Castro, Jennifer Caruso, Kelvin Garcia/appellees__
(party/designation)

**Select One:**

[✓] Substitute counsel (replacing lead counsel: __Sylvia Hinds-Radix / New York City Law Department__ )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

[ ] I applied for admission on _____.

Signature of Counsel: __/s/ Lauren L. O'Brien__

Type or Print Name: __Lauren L. O'Brien__