UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of March, two thousand twenty-five,

Jason Goodman,

    Plaintiff - Appellant,

v.

The City of New York, New York City Police Department, George Ebrahim, New York City Police Department Lieutenant, Chandler Castro, New York City Police Department Officer, Jennifer Caruso, NEW YORK CITY POLICE DEPARTMENT OFFICER, John Doe 1, fictitious names intended to be officers, representatives, agents, servants of the New York City Police Department, individually and in their official capacities, John Doe 2, fictitious names intended to be officers, representatives, agents, servants of the New York City Police Department, individually and in their official capacities, John Doe 3, fictitious names intended to be officers, representatives, agents, servants of the New York City Police Department, individually and in their official capacities, John Doe 4, fictitious names intended to be officers, representatives, agents, servants of the New York City Police Department, individually and in their official capacities, Elon Musk, X Corp., Adam Sharp, Kelvin Garcia,

    Defendants - Appellees.

ORDER
Docket No. 25-428

A notice of appeal was filed on February 23, 2025. The Appellant's Acknowledgment and Notice of Appearance Form due March 11, 2025, has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective April 7, 2025, if the Acknowledgment and Notice of Appearance Form is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

