# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Goodman

v.

The City of New York et al.

**CERTIFICATE OF SERVICE***

Docket Number: _____

I, John T. Mills _____, hereby certify under penalty of perjury that
(print name)

on March 17, 2025 _____, I served a copy of _____
(date)

Acknowledgement and Notice of Appearance _____
(list all documents)

by (select all applicable)**

___ Personal Delivery     X United States Mail     ___ Federal Express or other
                                                         Overnight Courier

___ Commercial Carrier     ___ E-Mail (on consent)

on the following parties:

| Jason Goodman | 252 7th Avenue #6S | New York | NY | 10001 |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

March 17, 2025 _____     /s/ John T. Mills _____
Today's Date                              Signature

Certificate of Service Form (Last Revised 12/2015)