# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D-P)
## FOR PRO SE APPELLANTS

A PRO SE APPELLANT MUST FILE THE ORIGINAL OF THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY APPELLANT | | | |
|---|---|---|---|
| **CASE TITLE** | **DISTRICT** | | **DOCKET NUMBER** |
| | **JUDGE** | | **APPELLANT** |
| | **COURT REPORTER** | | **PRO SE APPELLANT** |

**Check the applicable provision:**

☐ I am ordering a transcript.

☐ I am not ordering a transcript

    **Reason for not ordering a transcript:**

        ☐ Copy is already available

        ☐ No transcribed proceedings

        ☐ Other (Specify in the space below):

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.)

**METHOD OF PAYMENT**     ☐ Funds     ☐ CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**

☐ **PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS**

☐ **PREPARE TRANSCRIPT OF TRIAL**

☐ **PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS**

☐ **OTHER (Specify in the space below):**

**DELIVER TRANSCRIPT TO: (APPELLANT'S NAME, ADDRESS, TELEPHONE)**

**I certify that I have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. See FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.**

| **APPELLANT'S SIGNATURE** | **DATE** |
|---|---|
| *[signature]* | |

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| **DATE ORDER RECEIVED** | **ESTIMATED COMPLETION DATE** | **ESTIMATED NUMBER OF PAGES** |
|---|---|---|
| **SIGNATURE OF COURT REPORTED** | | **DATE** |

| | |
|---|---|
| THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT<br>------------------------------------------------------------------X<br>JASON GOODMAN,<br><br>                              Appellant,<br>              -against-<br><br>THE CITY OF NEW YORK and NEW YORK CITY POLICE DEPARTMENT, NEW YORK CITY POLICE DEPARTMENT LIEUTENANT GEORGE EBRAHIM, NEW YORK CITY POLICE DEPARTMENT OFFICER CHANDLER CASTRO, NEW YORK CITY POLICE DEPARTMENT OFFICER JENNIFER CARUSO, NEW YORK CITY POLICE DEPARTMENT OFFICER KELVIN GARCIA, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JANE DOE, ELON MUSK, X CORP, ADAM SHARP.<br>                              Appellees.<br>------------------------------------------------------------------X | Case No. 25-428<br><br>**CERTIFICATE OF SERVICE** |

     It is hereby certified that pro se plaintiff, Jason Goodman, served counsel for Defendants with a copy of the NOTICE OF APPEARANCE AND FORM DP via USPS to the addresses below:

Mary Jane Anderson
Corporation Counsel of the City of New York
100 Church Street
New York, New York 10007

Kenneth Trujillo-Jamison
Peter Shimamoto
Willenken LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, CA 90017

John T. Mills
Brian Middlebrook
GORDON REES SCULLY MANSUKHANI, LLP
1 Battery Park Plaza, 28th Fl
New York NY 10004

CERTIFICATE OF SERVICE                                                                                                              1

Dated: New York, New York March 18, 2025

Respectfully submitted,
Jason Goodman
Pro Se Appellant
truth@crowdsourcethetruth.org
252 7th Avenue Apt 6s
New York, NY 10001
347-380-6998

CERTIFICATE OF SERVICE 2