## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title:_____Docket No.:_____

Lead Counsel of Record (name/firm) or Pro se Party (name):_____ .
_____

Appearance for (party/designation):_____

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
( ) Correct
( ) Incorrect.   See attached caption page with corrections.

    **Appellate Designation** is:
( ) Correct
( ) Incorrect.   The following parties do not wish to participate in this appeal:
       Parties: _____
( ) Incorrect.   Please change the following parties' designations:
       <u>Party</u>                                             <u>Correct Designation</u>


**Contact Information** for Lead Counsel/Pro Se Party is:
( ) Correct
( ) Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name:_____
Firm:_____
Address:_____
Telephone:_____ Fax:_____
Email:_____

## RELATED CASES

( ) This case has not been before this Court previously.
( ) This case has been before this Court previously.   The short title, docket number, and citation are:_____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are:  _____
_____

## CERTIFICATION

I certify that ( ) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____OR that ( ) I applied for admission on_____or renewal on _____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record:_____
Type or Print Name:_____
      OR
Signature of pro se litigant: _____*[signature]*_____
Type or Print Name:_____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.

ADDENDUM A TO ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

**Instructions:** This addendum must be (1) completed by counsel whom the Court has not yet admitted or approved for renewed admission, (2) submitted in CM/ECF as a separate attachment when filing the Acknowledgment and Notice of Appearance (use the multiple attachments option in CM/ECF when filing the Acknowledgment and Notice of Appearance) with client personal contact information redacted, and (3) submitted in unredacted form in accordance with the procedures outlined in Local Rule 25.2(c) and (d). If counsel represents multiple parties in the same appeal for which the Acknowledgment and Notice of Appearance is being filed, the attorney must separately list each client and provide the client's personal contact information. Attach additional pages as necessary.

**Case Information:**

Short Title: _____    Docket Number: _____

**Personal Contact Information:**

Client 1:

Name: _____
Address: _____
Telephone: _____    Fax: _____
Email: _____

Client 2:

Name: _____
Address: _____
Telephone: _____    Fax: _____
Email: _____

Client 3:

Name: _____
Address: _____
Telephone: _____    Fax: _____
Email: _____

Client 4:

Name: _____
Address: _____
Telephone: _____    Fax: _____
Email: _____

Client 5:

Name: _____
Address: _____
Telephone: _____    Fax: _____
Email: _____

| | |
|---|---|
| THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT<br>-------------------------------------------------------------------X<br>JASON GOODMAN,<br><br>         Appellant,<br><br>      -against-<br><br>THE CITY OF NEW YORK and NEW YORK CITY POLICE DEPARTMENT, NEW YORK CITY POLICE DEPARTMENT LIEUTENANT GEORGE EBRAHIM, NEW YORK CITY POLICE DEPARTMENT OFFICER CHANDLER CASTRO, NEW YORK CITY POLICE DEPARTMENT OFFICER JENNIFER CARUSO, NEW YORK CITY POLICE DEPARTMENT OFFICER KELVIN GARCIA, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JANE DOE, ELON MUSK, X CORP, ADAM SHARP.<br>            Appellees.<br>-------------------------------------------------------------------X | Case No. 25-428<br><br>**CERTIFICATE OF SERVICE** |

  It is hereby certified that pro se plaintiff, Jason Goodman, served counsel for Defendants with a copy of the NOTICE OF APPEARANCE AND FORM DP via USPS to the addresses below:

Mary Jane Anderson
Corporation Counsel of the City of New York
100 Church Street
New York, New York 10007

Kenneth Trujillo-Jamison
Peter Shimamoto
Willenken LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, CA 90017

John T. Mills
Brian Middlebrook
GORDON REES SCULLY MANSUKHANI, LLP
1 Battery Park Plaza, 28th Fl
New York NY 10004

CERTIFICATE OF SERVICE                                                    1

Dated: New York, New York March 18, 2025

Respectfully submitted,
Jason Goodman
Pro Se Appellant
truth@crowdsourcethetruth.org
252 7th Avenue Apt 6s
New York, NY 10001
347-380-6998

CERTIFICATE OF SERVICE     2