NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Goodman v. City of New York et al.   Docket No.: 25-428

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Elina Druker

Firm: New York City Law Department

Address: 100 Church Street

Telephone: 212-356-2609   Fax: 212-356-2509

E-mail: edruker@law.nyc.gov

Appearance for: City of New York, George Ebrahim, Chandler Castro, Jennifer Caruso, Kelvin Garcia/appellees
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Lauren O' Brien )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Elina Druker

Type or Print Name: Elina Druker

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Goodman

v.

The City of New York

**CERTIFICATE OF SERVICE***

Docket Number: 25-428

I, Elina Druker, hereby certify under penalty of perjury that on 3/27/2025, I served a copy of Notice of appearance

(print name)    (date)

_____
(list all documents)

by (select all applicable)**

___ Personal Delivery    _X_ United States Mail    ___ Federal Express or other Overnight Courier

___ Commercial Carrier    ___ E-Mail (on consent)

on the following parties:

| Jason Goodman | 252 7th Avenue, Apt. 6s | NY | NY | 10001 |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

3/27/2025    /s Elina Druker

Today's Date    Signature

Certificate of Service Form (Last Revised 12/2015)