**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: March 31, 2025<br>Docket #: 25-428<br>Short Title: Goodman v. The City of New York | DC Docket #: 1:23-cv-9648<br>DC Court: SDNY (NEW YORK CITY)<br>Trial Judge - Jessica G.L. Clarke<br>Magistrate Judge - Gabriel W. Gorenstein |

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8563.