# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Goodman

v.

The City of New York

**CERTIFICATE OF SERVICE***

Docket Number: 25-428

I, Lauren O'Brien (print name), hereby certify under penalty of perjury that on 3/31/2025 (date), I served a copy of Notice of apperance

(list all documents)

by (select all applicable)**

___ Personal Delivery     _X_ United States Mail     ___ Federal Express or other Overnight Courier

___ Commercial Carrier     ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Jason Goodman | 252 7th Avenue, Apt. 6s | New York | NY | 10001 |
| | | | | |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

3/31/2025                                      /s/ Lauren L. O'Brien
Today's Date                                      Signature

Certificate of Service Form (Last Revised 12/2015)